JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIPPER CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XPO LOGISTICS AND RXO FREIGHT FORWARDING, INC.,<br><br>　　　　Defendants. | Case No. 2:23-cv-01414-KK-SSCx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii** |

ORDER FOR DISMISSAL WITH PREJUDICE

Having reviewed and considered the stipulation for dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by all parties to this case, with each party bearing its own attorneys' fees and costs, IT IS HEREBY ORDERED that:

    1.    This action is dismissed with prejudice in its entirety; and

    2.    Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 23, 2024

_____
Hon. Kenly Kiya Kato
United States District Court Judge

---

1
ORDER FOR DISMISSAL WITH PREJUDICE